**Ronnie L. HARRIS, Appellant**

v.

**UNITED STATES of America, Appellee**

**No. 16-5049**
**Consolidated with 16-5050**
**September Term, 2016**

United States Court of Appeals,
District of Columbia Circuit.

Filed On: February 6, 2017

Ronnie L. Harris, Pro Se

John Perry Mannarino, Assistant U.S. Attorney, Elizabeth Trosman, Esquire, Assistant U.S. Attorney, USAO Appellate Counsel, U.S. Attorney's Office, (USA) Ap-

pellate Division, Washington, DC, for Respondent-Appellee

BEFORE: Henderson and Brown, Circuit Judges, and Ginsburg, Senior Circuit Judge

## ORDER

Per Curiam

Upon consideration of the motions to proceed without a certificate of appealability ("COA") in Nos. 16-5049, et al., including a request for appointment of counsel; the motion to dismiss the appeals for lack of a COA, and the opposition thereto; the motion for summary reversal and to proceed without a COA in No. 16-5050; the notices filed by appellant; the motion for change of address filed November 7, 2016; the motion for injunction; the motion for temporary restraining order; the motion for "judg[ ]ment on the pleading"; and the motion for other relief filed January 3, 2017, it is

**ORDERED** that the request for appointment of counsel be denied. The interests of justice do not warrant the appointment of counsel in this case. See 18 U.S.C. § 3006A(a)(2)(B). It is

**FURTHER ORDERED** that the motion for summary reversal and to proceed without a COA be denied, and the motion to dismiss granted. Because appellant has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), no COA is warranted. See Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). It is

**FURTHER ORDERED** that the remaining motions, including those seeking injunctive relief to transfer appellant to the District of Columbia, be denied. Appellant has not shown a basis for this court to grant the relief requested.

**2**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no certificate of appealability has been allowed, no mandate will issue.